

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00323-CV

Isaac G. Rodriguez Sr. d/b/a I & R Trucking and Rodriguez Trucking
v.
Denise Marez, Individually and on behalf of the Estate of Juan Perez

On Appeal from the
156th District Court of San Patricio County, Texas
Trial Cause No. S-17-5182CV-B

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

February 4, 2021